BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIA LOR,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:15-cv-01478-CKD<br><br>JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE ANSWER TO COMPLAINT |

/////

The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including January 29, 2016, in which to file her answer to Plaintiff's complaint. Defendant requests this extension because the Department of Justice inadvertently sent notice of Plaintiff's complaint to the incorrect email address, an error that went unnoticed until yesterday. Because the case never entered the Social Security Administration's calendaring system, no transcript of administrative proceedings has been prepared. This sixty-day extension is needed to prepare the transcript so that Defendant can answer the complaint and file and serve the transcript.

Respectfully submitted,

Date: *November 24, 2015*   /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

Date: *November 24, 2015*   BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until January 29, 2016, to file her answer to Plaintiff's complaint, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

Dated: November 30, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE