JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
DIA LOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| DIA LOR, | No.   2:15-cv-01478-CKD |
| Plaintiff, | |
| | STIPULATION AND   ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended one day to April 20, 2016.

This request is based on plaintiff's council's workload, including a large number of hearings, and his being out of town several days.

[Pleading Title] - 1

Dated: April 4, 2016 /s/   Jesse S. Kaplan
JESSE S. KAPLAN
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Counsel, Region IX
Social Security Administration

Dated: April 4, 2016  /s/ per e-mail authorization

Timothy Bolin
Special Assistant U.S. Attorney
Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 20, 2016.

SO ORDERED.

Dated:  April 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE