1  **JESSE S. KAPLAN   CSB#103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA   95608**
3  **916/488-3030**
   **916/489-9297 fax**
4
5  **Attorney for Plaintiff**
   **DIA LOR**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **DIA LOR,** | No.   2:15-cv-01478-CKD |
| Plaintiff, | |
| | **STIPULATION AND ORDER FOR SECOND EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CAROLYN COLVIN, Acting** | |
| **Commissioner of Social Security,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended from one day to six days, to April 25, 2016.

This second request is based on plaintiff's counsel's workload and being out of town, the same reasons as before, but counsel's absence is now makes this additional time necessary.

[Pleading Title] - 1

Dated: April 18, 2016                                         /s/   Jesse S. Kaplan
                                                              JESSE S. KAPLAN
                                                              Attorney for Plaintiff


                                                              BENJAMIN B. WAGNER
                                                              United States Attorney
                                                              DEBORAH LEE STACHEL
                                                              Acting Regional Counsel, Region IX
                                                              Social Security Administration

Dated: April 18, 2016                                          /s/ per e-mail authorization

                                                              Timothy Bolin
                                                              Special Assistant U.S. Attorney
                                                              Attorney for Defendant


### **ORDER**

    For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 25, 2016.

    SO ORDERED.

Dated: April 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2