PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DIA LOR, | No. 2:15-cv-01478-CKD (SS) |
|     Plaintiff, | JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT |
|     v. | |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | |
|     Defendant. | |

    The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including July 11, 2016, in which to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly. Defendant requests this extension because of the unusually long administrative record in this case, her attorney's

-1-

inordinately heavy caseload for the rest of May 2016 and into June 2016, and his longstanding vacation plans that will put him out of the country for much of June 2016.

This is Defendant's first request for an extension in this case. The parties stipulate in good faith, with no intent to delay proceedings unduly.

Respectfully submitted,

Date: *May 18, 2016*          */s/ Jesse S. Kaplan*
                              JESSE S. KAPLAN
                              Attorney for Plaintiff

Date: *May 18, 2016*          PHILLIP A. TALBERT
                              Acting United States Attorney
                              DEBORAH L. STACHEL
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                               */s/ Timothy R. Bolin*
                              TIMOTHY R. BOLIN
                              Special Assistant United States Attorney

## ORDER

Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until July 11, 2016, to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly.

Dated:  May 20, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE