15-**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DIA LOR**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **DIA LOR,** | No.   2:15-CV-01478-CKD |
| **Plaintiff,** | **STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF** |
| v. | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to August 8, 2016.

Dated:  August 1, 2016                                    /s/   *Jesse S. Kaplan*
                                                                                         JESSE S. KAPLAN
                                                                                         Attorney for Plaintiff

[Pleading Title] - 1

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Counsel, Region IX
                                        Social Security Administration
```

Dated:  August 1, 2016                   /s/ per e-mail authorization

```
                                        TIMOTHY BOLIN
                                        Special Assistant U.S. Attorney
                                        Attorney for Defendant
```

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to August 8, 2016.

SO ORDERED.

Dated:  August 3, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE